# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re *Christopher DeDomenico*

Case No. *10-32778*
Chapter *13*

_____ / Debtor

## CHAPTER 13 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

**Property No. *1***

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *American Honda Finance Corp.* | *2009 Honda Civic* |

Property will be (check one) :
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one) :
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
- [ ] Claimed as exempt
- [x] Not claimed as exempt

**Property No. *2***

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Everhome Mortgage Co* | *420 Flanders Rd., Bellmawr, NJ* |

Property will be (check one) :
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one) :
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :
- [x] Claimed as exempt
- [ ] Not claimed as exempt

Property No. *3*

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| *American Honda Finance Corp.* | *2009 Honda Accord* |

Property will be (check one):

☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):

☐ Claimed as exempt   ☒ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *7/26/2010*         Debtor: */s/ Christopher DeDomenico*

Date: _____     Joint Debtor: _____